HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYPRESS INSURANCE COMPANY, as subrogee of Microsoft Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SK HYNIX AMERICA INC.,<br><br>Defendant. | Case No.: 2:17-cv-00467-RAJ<br><br>**NEUTRAL STATEMENT OF THE CASE** |

In accordance with the Court's Order of January 18, 2019, the parties submit the following Agreed Neutral Statement of the Case for the Court's consideration.

DATED this 25th day of February, 2019.

| | |
|---|---|
| SUMMIT LAW GROUP PLLC | COZEN O'CONNOR |
| By: /s/ Alexander A. Baehr<br>Alexander A. Baehr, WSBA No. 25320<br>alexb@summitlaw.com<br>315 Fifth Avenue South, Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: (206) 676-7000<br>Facsimile: (206) 676-7001 | By: /s/ Mark S. Anderson<br>Mark S. Anderson, WSBA 17951<br>999 Third Avenue<br>Suite 1900<br>Seattle, WA 98104<br>Telephone: 206.340.1000<br>Toll Free Phone: 800.423.1950<br>Facsimile: 206.621.8783<br>Email: manderson@cozen.com |

NEUTRAL STATEMENT OF THE CASE - 1

CASE NO.: 2:17-CV-00467-RAJ

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\40098159\1

| | |
|---|---|
| BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW PC<br>Ekwan E. Rhow *(Pro Hac Vice)*<br>Timothy B. Yoo (*Pro Hac Vice*)<br>David H. Chao (*Pro Hac Vice*)<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>Fax: (310) 201-2110<br><br>Counsel for SK Hynix America Inc. | James B. Glennon (*Pro Hac Vice*)<br>George D. Pilja *(Pro Hac Vice)*<br>FORAN GLENNON PALANDECH PONZI & RUDLOFF PC<br>222 North LaSalle Street, Suite 1400<br>Chicago, Illinois 60601<br>Phone: (312) 863-5000<br>Facsimile: (312) 863-5099<br>Email: jglennon@fgppr.com<br>Email: gpilja@fgppr.com<br><br>Diana R. Lotfi (Pro Hac Vice)<br>FORAN GLENNON PALANDECH PONZI & RUDLOFF PC<br>450 Newport Center Drive, Suite 630<br>Newport Beach, California 92660<br>Phone: (949) 791-1060<br>Facsimile: (949) 791-1070<br>Email: dlotfi@fgppr.com<br><br>Attorneys for Plaintiff |

NEUTRAL STATEMENT OF THE CASE - 2

CASE NO.: 2:17-CV-00467-RAJ

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\40098159\1

1  This lawsuit arises out of a fire which occurred on September 4, 2013 at a DRAM chip fabrication facility located in Wuxi, China and operated by SK Hynix America, Inc.'s parent company.  At the time of the fire, SK Hynix America, Inc. was supplying DRAM chips to Microsoft for use in Microsoft products, including for the launch of the Xbox One game console.  At the time of the fire, Cypress Insurance Company ("Cypress") insured Microsoft, including providing coverage for contingent time element costs, which are costs incurred to avoid disruptions in supply due to damages sustained at the suppliers' facilities.

After the fire, Microsoft made a claim under the Cypress policy for the increased cost to purchase DRAM chips from suppliers as a result of Microsoft's inability to obtain DRAM chips from SK Hynix America, Inc.  Microsoft also made claims for other costs, which are not part of the damages claims here.

Cypress, which is the Plaintiff in this case, paid these claims and became subrogated to certain rights and remedies of Microsoft.  As a result, Cypress seeks to recover certain amounts it paid to Microsoft under the insurance policy.

Microsoft and Hynix entered into a contract for the supply of DRAM chips in June 2013.  Cypress claims that Microsoft sustained certain damages as a result of one or more breaches of that contract by Hynix, and Cypress seeks a judgment against Hynix for these damages.

Hynix denies these claims and also disputes the amount of damages Cypress is claiming.  Hynix also claims among other defenses that Cypress does not have standing to assert the claims against Hynix because it had no obligation to pay Microsoft's insurance claim.

NEUTRAL STATEMENT OF THE CASE - 3

CASE NO.: 2:17-CV-00467-RAJ

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\40098159\1

Cypress denies these defenses asserted by Hynix.

NEUTRAL STATEMENT OF THE CASE - 4

CASE NO.: 2:17-CV-00467-RAJ

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\40098159\1