The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYPRESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SK HYNIX AMERICA INC.,<br><br>Defendant. | No. 2:17-cv-0467 RAJ<br><br>**ORDER** |

This matter is before the Court on Cypress' Objection to Defendant's Amended Proposed Jury Instruction No. 23 and Cypress' Motion to Exclude Reference to the "Unclean Hands" Defense. Dkt. # 246. Having reviewed the parties' arguments, the Court **DEFERS** ruling at this time. However, the Court will preclude Hynix from referencing "unclean hands" during trial until the Court issues its ruling.

DATED this 11th day of March, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge