# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYPRESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SK HYNIX AMERICA, INC.,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C17-467RAJ |

__X__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict; and

_____ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

As set forth in the jury's Verdict Form entered on March 28, 2019, Judgment is entered in favor of Defendant SK Hynix America, Inc., against Plaintiff Cypress Insurance Company.

Dated this 29th day of March, 2019.

                                                  WILLIAM M. McCOOL,
                                                Clerk of the Court

                                                By: __/s/ Victoria Ericksen__
                                                          Deputy Clerk